DOANE et al. *v.* FIELD et al.

THIS appeal brought up from the Commercial Court of New Orleans, *Watts,* J., involved the same questions as the case of *Fetter* and others, against the same defendants, *aute* p. 80, and was decided in the same way, for the reasons given in the opinion pronounced in that case.

C. M. *Randall,* for the appellants.   *Wharton, Benjamin* and *Micou,* for the intervenors.   No counsel appeared for the defendants.